THE STATE OF NEW YORK

JUDICIAL BRANCH

Court Name: United States Bankruptcy Court, Southern District of New York

Case Name: CELSIUS CHAPTER 11

Case Number:22-10964

MOTION TO WAIVE FILING FEES

I, FRED M SHANKS, hereby request that the Court waive the filing fee in this case as I do not have the financial ability to pay these fees at this time.

In support of this motion, it is stated as follows:

I am a retired 100 percent disabled VET who has a limited income to pay all my living expenses on. This fee would cause undo financial hardship on my part. Wherefore, it is respectfully requested that this Court waive the filing fee in this case.

I state that on this date 12/2022 I am sending a copy of this document as required by the rules of the

of Court. I am electronically sending this document through the court's electronic filing system to

all cleark and to all other parties who have entered electronic service contacts in this case.

/s/ Fred M. Shanks

Name of Filer: Fred M Shanks    Signature of Filer Date 12/20/2022

Telephone: 6186715760

E-mail: Mikel.Shanks@gmail.com

Address: 389 Sedona Dr, City: Colorado Springs,  State: CO,  Zip code 80921

FOR COURT USE:

☐ Motion Granted.        ☐ Motion Denied

☐ Motion granted, in part. Filing fee reduced, party to pay $ _____

☐  Payment of the Filing Fee may be assessed against either party at a further hearing.