UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:

    Celsius Network, LLC

                      Debtor(s)

Chapter 11

Case No. 22-10964 (MG)

------------------------------------------------------------x

    Fred M. Shanks

                Plaintiff(s)

    v.

    Celsius Network, LLC, et al.

                Defendant(s)

Adversary Proceeding
Case No. 22-1190 (MG)

------------------------------------------------------------x

<u>ORDER WAIVING FILING FEE FOR ADVERSARY PROCEEDING COMPLAINT</u>

The Plaintiff in this adversary proceeding has requested that the filing fee be waived. (Document no. 2)

It is hereby, ORDERED, that the filing fee is waived.

Dated: December 22, 2022
       New York, New York

                                            ***/ s/ Martin Glenn***
                                            Chief United States Bankruptcy Judge