UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:

    Celsius Network, LLC

                        Debtor(s)
----------------------------------------------------------x

    Fred M. Shanks
                  Plaintiff(s)

    v.

    Celsius Network, LLC, et al.

                  Defendant(s)
----------------------------------------------------------x

Chapter 11

Case No. 22-10964 (MG)

Adversary Proceeding
Case No. 22-1190 (MG)

<u>ORDER WAIVING FILING FEE FOR ADVERSARY PROCEEDING COMPLAINT</u>

    The Plaintiff in this adversary proceeding has requested that the filing fee be waived. (Document no. 2)

    It is hereby, ORDERED, that the filing fee is waived.

Dated: December 22, 2022
       New York, New York

                                                      */s/ Martin Glenn*
                                        Chief United States Bankruptcy Judge