# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 12/22/2022 |
| Case: 22−01190−mg | Form ID: pdf001 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla        Fred M. Shanks        389 Sedona Dr.        Colorado Springs, CO 80921

TOTAL: 1