# AFFIDAVIT OF SERVICE BY PERSONAL SERVICE

I, Pamela D Shanks, the undersigned server, being of sound mind and under no duress, do hereby certify, attest and affirm that the following facts are true and correct, to wit:

1. That on December 22, 2022, on behalf of Fred M. Shanks, the undersigned personally delivered the following documents to wit:

ADVERSARY Motion

Court Summons

Vice Email into the hands of the following recipients one complete set of copies of the documents as described above

C/O Kirkland & Ellis LLP.
Joshua A. Sussberg, Esq
Legal Representee of Celsius Network LLC, et al.
601 Lexington Ave
New York, New York 10022

2. That I am at least 18 years of age.

3. That I am not related to the recipient(s) by way of blood, adoption, marriage or employment, but serve as a "disinterested third party" (herein server) and further,

4. That I am in no way connected to or involved in the matter at issue in this action.

I now affix my signature to these affirmations this __22__ date of __December__, 20__22__ at Colorado Springs, Colorado.

STATE OF COLORADO, COUNTY OF __El Paso__, ss:

This Affidavit was acknowledged before me on this __22__ day of __December__, __2022__ by Pamela D Shanks, who, being first duly sworn on oath according to law, deposes and says that he/she has read the foregoing Affidavit subscribed by him/her, and that the matters stated herein are true to the best of his/her information, knowledge and belief.

JADE SANTIAGO
NOTARY PUBLIC - STATE OF COLORADO
NOTARY ID 20224031807
MY COMMISSION EXPIRES AUG 15, 2026

Jade Santiago
Notary Public

__Associate Banker   Notary Public__
Title (and Rank)

My commission expires __Aug 15 2026__