UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

    Celsius Network, LLC

                Debtor(s)

Chapter 11

Case No. 22-10964 (MG)

------------------------------------------------------------x

    Fred M. Shanks

                Plaintiff(s)

    v.

    Celsius Network, LLC, et al.

                Defendant(s)

Adversary Proceeding

Case No. 22-1190 (MG)

------------------------------------------------------------x

## ORDER WAIVING FILING FEE FOR ADVERSARY PROCEEDING COMPLAINT

The Plaintiff in this adversary proceeding has requested that the filing fee be waived. (Document no. 2)

It is hereby, ORDERED, that the filing fee is waived.

Dated: December 22, 2022
       New York, New York

                                          */ s/ Martin Glenn*
                                       Chief United States Bankruptcy Judge

United States Bankruptcy Court

Southern District of New York

Shanks,
    Plaintiff

Celsius Network LLC, ET AL,
    Defendant

Adv. Proc. No. 22-01190-mg

## CERTIFICATE OF NOTICE

District/off: 0208-1      User: admin      Page 1 of 1
Date Rcvd: Dec 22, 2022      Form ID: pdf001      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2022:**

**Recip ID**      **Recipient Name and Address**
pla      + Fred M. Shanks, 389 Sedona Dr., Colorado Springs, CO 80921-2834

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2022      Signature:      /s/Gustava Winters