| Date and time | Transaction type | Coin type | Coin amount | USD Value | Original Reward Coin |
|---|---|---|---|---|---|
| 7/1/2022 5:00 | Reward | ETH | 0.002307847 | $2.42 | ETH |
| 7/1/2022 5:00 | Reward | BTC | 0.001909859 | $37.14 | BTC |
| 7/1/2022 5:00 | Reward | USDC | 0.002258467 | $0.00 | USDC |
| 7/1/2022 5:00 | Reward | USDT ERC20 | 0.013808629 | $0.01 | USDT ERC20 |
| 7/1/2022 5:00 | Reward | MATIC | 0.104659584 | $0.05 | MATIC |
| 7/1/2022 5:00 | Reward | LTC | 0.00527265 | $0.28 | LTC |
| 6/24/2022 5:00 | Reward | ETH | 0.002306109 | $2.65 | ETH |
| 6/24/2022 5:00 | Reward | USDT ERC20 | 0.013790436 | $0.01 | USDT ERC20 |
| 6/24/2022 5:00 | Reward | USDC | 0.002255491 | $0.00 | USDC |
| 6/24/2022 5:00 | Reward | LTC | 0.005270886 | $0.29 | LTC |
| 6/24/2022 5:00 | Reward | BTC | 0.001909491 | $40.20 | BTC |
| 6/24/2022 5:00 | Reward | MATIC | 0.104518885 | $0.06 | MATIC |
| 6/18/2022 18:21 | Operation cost | BTC | -0.01705766 | ($313.42) | |
| 6/18/2022 18:21 | Loan Interest Liquidation | BTC | -0.024353438 | ($447.48) | |
| 6/18/2022 18:21 | Loan Principal Liquidation | BTC | -0.544235221 | ($10,000.00) | |
| 6/18/2022 18:21 | Collateral | BTC | 0.665017452 | $12,219.30 | |
| 6/17/2022 22:12 | Transfer | BTC | 0.04094213 | $843.45 | |
| 6/17/2022 22:12 | Transfer | BTC | 0.03611783 | $744.06 | |
| 6/17/2022 5:00 | Reward | BTC | 0.001909124 | $39.29 | BTC |
| 6/17/2022 5:00 | Reward | ETH | 0.002304372 | $2.51 | ETH |
| 6/17/2022 5:00 | Reward | MATIC | 0.104378376 | $0.04 | MATIC |
| 6/17/2022 5:00 | Reward | USDT ERC20 | 0.013772267 | $0.01 | USDT ERC20 |
| 6/17/2022 5:00 | Reward | USDC | 0.00225252 | $0.00 | USDC |
| 6/17/2022 5:00 | Reward | LTC | 0.005269123 | $0.24 | LTC |
| 6/15/2022 13:11 | | BTC | -0.276247647 | ($5,856.68) | |
| 6/15/2022 13:11 | | BTC | 0.276247647 | $5,856.68 | |
| 6/14/2022 20:51 | Transfer | CEL | 86.2169 | $57.85 | |
| 6/12/2022 11:39 | Transfer | CEL | 154.7482 | $59.60 | |
| 6/10/2022 11:20 | Transfer | CEL | 125.9793 | $66.22 | |
| 6/10/2022 11:00 | Transfer | CEL | 0 | | |
| 6/10/2022 5:00 | Reward | MATIC | 0.104238055 | $0.07 | MATIC |
| 6/10/2022 5:00 | Reward | BTC | 0.001908757 | $57.43 | BTC |
| 6/10/2022 5:00 | Reward | USDC | 0.002249552 | $0.00 | USDC |
| 6/10/2022 5:00 | Reward | ETH | 0.002302636 | $4.13 | ETH |
| 6/10/2022 5:00 | Reward | USDT ERC20 | 0.013754123 | $0.01 | USDT ERC20 |
| 6/10/2022 5:00 | Reward | LTC | 0.005267361 | $0.32 | LTC |
| 6/8/2022 12:02 | Transfer | CEL | 87.7915 | $59.98 | |
| 6/6/2022 13:40 | Transfer | CEL | 132.372 | $99.90 | |
| 6/3/2022 18:27 | Transfer | CEL | 160.2786 | $129.94 | |
| 6/3/2022 5:00 | Reward | ETH | 0.002300901 | $4.19 | ETH |
| 6/3/2022 5:00 | Reward | USDT ERC20 | 0.013736002 | $0.01 | USDT ERC20 |
| 6/3/2022 5:00 | Reward | MATIC | 0.104097924 | $0.06 | MATIC |
| 6/3/2022 5:00 | Reward | LTC | 0.005265599 | $0.34 | LTC |
| 6/3/2022 5:00 | Reward | USDC | 0.002246588 | $0.00 | USDC |
| 6/3/2022 5:00 | Reward | BTC | 0.00190839 | $58.17 | BTC |
| 5/30/2022 22:36 | Transfer | CEL | 301.5847 | $207.80 | |

| Date | Type | Asset | Amount | Value | Asset |
|---|---|---|---|---|---|
| 5/27/2022 5:00 | Reward | USDC | 0.002243629 | $0.00 | USDC |
| 5/27/2022 5:00 | Reward | USDT ERC20 | 0.013717905 | $0.01 | USDT ERC20 |
| 5/27/2022 5:00 | Reward | ETH | 0.002299168 | $4.04 | ETH |
| 5/27/2022 5:00 | Reward | MATIC | 0.10395798 | $0.06 | MATIC |
| 5/27/2022 5:00 | Reward | BTC | 0.001998177 | $57.89 | BTC |
| 5/27/2022 5:00 | Reward | LTC | 0.005263837 | $0.33 | LTC |
| 5/25/2022 21:32 | Transfer | CEL | 677.1264 | $504.89 | |
| 5/25/2022 15:01 | Transfer | USDC | 38.507136 | $38.51 | |
| 5/25/2022 14:11 | Transfer | CEL | 32.7426 | $24.57 | |
| 5/25/2022 14:06 | Transfer | CEL | 0 | | |
| 5/25/2022 3:08 | Collateral | BTC | -0.665017452 | ($20,000.00) | |
| 5/25/2022 2:08 | | BTC | 0.67243606 | $20,000.00 | |
| 5/25/2022 2:08 | | BTC | -0.67243606 | ($20,000.00) | |
| 5/20/2022 5:00 | Reward | USDT ERC20 | 0.013699831 | $0.01 | USDT ERC20 |
| 5/20/2022 5:00 | Reward | MATIC | 0.103818225 | $0.07 | MATIC |
| 5/20/2022 5:00 | Reward | ETH | 0.002297436 | $4.64 | ETH |
| 5/20/2022 5:00 | Reward | LTC | 0.005262077 | $0.37 | LTC |
| 5/20/2022 5:00 | Reward | BTC | 0.002036929 | $61.26 | BTC |
| 5/20/2022 5:00 | Reward | USDC | 0.002240673 | $0.00 | USDC |
| 5/13/2022 5:00 | Reward | LTC | 0.005260316 | $0.37 | LTC |
| 5/13/2022 5:00 | Reward | ETH | 0.002295706 | $4.79 | ETH |
| 5/13/2022 5:00 | Reward | USDT ERC20 | 0.013681782 | $0.01 | USDT ERC20 |
| 5/13/2022 5:00 | Reward | BTC | 0.002036537 | $62.08 | BTC |
| 5/13/2022 5:00 | Reward | USDC | 0.002237721 | $0.00 | USDC |
| 5/13/2022 5:00 | Reward | MATIC | 0.103678657 | $0.07 | MATIC |
| 5/6/2022 5:00 | Reward | ETH | 0.002293976 | $6.29 | ETH |
| 5/6/2022 5:00 | Reward | LTC | 0.005258557 | $0.51 | LTC |
| 5/6/2022 5:00 | Reward | USDT ERC20 | 0.013663756 | $0.01 | USDT ERC20 |
| 5/6/2022 5:00 | Reward | BTC | 0.002036146 | $74.14 | BTC |
| 5/6/2022 5:00 | Reward | MATIC | 0.103539278 | $0.11 | MATIC |
| 5/6/2022 5:00 | Reward | USDC | 0.002234772 | $0.00 | USDC |
| 4/29/2022 5:00 | Reward | MATIC | 0.103400085 | $0.13 | MATIC |
| 4/29/2022 5:00 | Reward | BTC | 0.002298858 | $91.06 | BTC |
| 4/29/2022 5:00 | Reward | USDC | 0.002231828 | $0.00 | USDC |
| 4/29/2022 5:00 | Reward | ETH | 0.002070444 | $6.06 | ETH |
| 4/29/2022 5:00 | Reward | USDT ERC20 | 0.013645754 | $0.01 | USDT ERC20 |
| 4/29/2022 5:00 | Reward | LTC | 0.005256798 | $0.54 | LTC |
| 4/22/2022 5:00 | Reward | LTC | 0.005255039 | $0.57 | LTC |
| 4/22/2022 5:00 | Reward | ETH | 0.002068371 | $6.23 | ETH |
| 4/22/2022 5:00 | Reward | USDT ERC20 | 0.013627776 | $0.01 | USDT ERC20 |
| 4/22/2022 5:00 | Reward | BTC | 0.00231108 | $93.87 | BTC |
| 4/22/2022 5:00 | Reward | MATIC | 0.10326108 | $0.15 | MATIC |
| 4/22/2022 5:00 | Reward | USDC | 0.002228888 | $0.00 | USDC |
| 4/15/2022 5:00 | Reward | LTC | 0.005253282 | $0.58 | LTC |
| 4/15/2022 5:00 | Reward | BTC | 0.002310418 | $92.79 | BTC |
| 4/15/2022 5:00 | Reward | USDC | 0.002225951 | $0.00 | USDC |
| 4/15/2022 5:00 | Reward | MATIC | 0.103122261 | $0.14 | MATIC |

| Date | Type | Asset | Amount | USD Value | Asset |
|---|---|---|---|---|---|
| 4/15/2022 5:00 | Reward | USDT ERC20 | 0.013609822 | $0.01 | USDT ERC20 |
| 4/15/2022 5:00 | Reward | ETH | 0.002066301 | $6.27 | ETH |
| 4/8/2022 5:00 | Reward | USDC | 0.002223018 | $0.00 | USDC |
| 4/8/2022 5:00 | Reward | LTC | 0.005251524 | $0.60 | LTC |
| 4/8/2022 5:00 | Reward | ETH | 0.002064233 | $6.74 | ETH |
| 4/8/2022 5:00 | Reward | MATIC | 0.10298363 | $0.16 | MATIC |
| 4/8/2022 5:00 | Reward | BTC | 0.002309756 | $100.94 | BTC |
| 4/8/2022 5:00 | Reward | USDT ERC20 | 0.013591891 | $0.01 | USDT ERC20 |
| 4/1/2022 5:00 | Reward | LTC | 0.005249768 | $0.64 | LTC |
| 4/1/2022 5:00 | Reward | USDT ERC20 | 0.013573984 | $0.01 | USDT ERC20 |
| 4/1/2022 5:00 | Reward | ETH | 0.002062167 | $6.71 | ETH |
| 4/1/2022 5:00 | Reward | USDC | 0.00222009 | $0.00 | USDC |
| 4/1/2022 5:00 | Reward | BTC | 0.002309095 | $103.30 | BTC |
| 4/1/2022 5:00 | Reward | MATIC | 0.102845184 | $0.16 | MATIC |
| 3/25/2022 5:00 | Reward | USDC | 0.002217165 | $0.00 | USDC |
| 3/25/2022 5:00 | Reward | USDT ERC20 | 0.0135561 | $0.01 | USDT ERC20 |
| 3/25/2022 5:00 | Reward | MATIC | 0.102706925 | $0.17 | MATIC |
| 3/25/2022 5:00 | Reward | BTC | 0.002308433 | $101.58 | BTC |
| 3/25/2022 5:00 | Reward | ETH | 0.002060103 | $6.46 | ETH |
| 3/25/2022 5:00 | Reward | LTC | 0.005248012 | $0.67 | LTC |
| 3/18/2022 5:00 | Reward | MATIC | 0.102568851 | $0.15 | MATIC |
| 3/18/2022 5:00 | Reward | USDC | 0.002214244 | $0.00 | USDC |
| 3/18/2022 5:00 | Reward | USDT ERC20 | 0.01353824 | $0.01 | USDT ERC20 |
| 3/18/2022 5:00 | Reward | ETH | 0.002058041 | $5.73 | ETH |
| 3/18/2022 5:00 | Reward | LTC | 0.005246256 | $0.57 | LTC |
| 3/18/2022 5:00 | Reward | BTC | 0.002307772 | $93.82 | BTC |
| 3/11/2022 5:00 | Reward | LTC | 0.005244501 | $0.53 | LTC |
| 3/11/2022 5:00 | Reward | USDC | 0.002211326 | $0.00 | USDC |
| 3/11/2022 5:00 | Reward | BTC | 0.002307111 | $88.92 | BTC |
| 3/11/2022 5:00 | Reward | USDT ERC20 | 0.013520403 | $0.01 | USDT ERC20 |
| 3/11/2022 5:00 | Reward | MATIC | 0.102430963 | $0.15 | MATIC |
| 3/11/2022 5:00 | Reward | ETH | 0.002055981 | $5.22 | ETH |
| 3/4/2022 5:00 | Reward | BTC | 0.003486395 | $144.31 | BTC |
| 3/4/2022 5:00 | Reward | USDC | 0.002626261 | $0.00 | USDC |
| 3/4/2022 5:00 | Reward | ETH | 0.002053923 | $5.61 | ETH |
| 3/4/2022 5:00 | Reward | LTC | 0.009639128 | $1.03 | LTC |
| 3/4/2022 5:00 | Reward | MATIC | 0.127386098 | $0.20 | MATIC |
| 3/4/2022 5:00 | Reward | USDT ERC20 | 0.016057381 | $0.02 | USDT ERC20 |
| 2/25/2022 5:00 | Reward | LTC | 0.0096332 | $1.00 | LTC |
| 2/25/2022 5:00 | Reward | USDT ERC20 | 0.016032223 | $0.02 | USDT ERC20 |
| 2/25/2022 5:00 | Reward | ETH | 0.002051867 | $5.39 | ETH |
| 2/25/2022 5:00 | Reward | MATIC | 0.127172839 | $0.18 | MATIC |
| 2/25/2022 5:00 | Reward | BTC | 0.003484378 | $135.24 | BTC |
| 2/25/2022 5:00 | Reward | USDC | 0.002622146 | $0.00 | USDC |
| 2/18/2022 5:00 | Reward | USDT ERC20 | 0.016007104 | $0.02 | USDT ERC20 |
| 2/18/2022 5:00 | Reward | MATIC | 0.126959937 | $0.21 | MATIC |
| 2/18/2022 5:00 | Reward | LTC | 0.009627275 | $1.12 | LTC |

| Date | Type | Asset | Amount | Value | |
|---|---|---|---|---|---|
| 2/18/2022 5:00 | Reward | ETH | 0.002049813 | $5.93 | ETH |
| 2/18/2022 5:00 | Reward | BTC | 0.003482362 | $141.64 | BTC |
| 2/18/2022 5:00 | Reward | USDC | 0.002618038 | $0.00 | USDC |
| 2/11/2022 5:00 | Reward | ETH | 0.002047762 | $6.28 | ETH |
| 2/11/2022 5:00 | Reward | MATIC | 0.126747391 | $0.23 | MATIC |
| 2/11/2022 5:00 | Reward | USDC | 0.002613936 | $0.00 | USDC |
| 2/11/2022 5:00 | Reward | LTC | 0.009621355 | $1.27 | LTC |
| 2/11/2022 5:00 | Reward | BTC | 0.003480348 | $150.08 | BTC |
| 2/11/2022 5:00 | Reward | USDT ERC20 | 0.015982025 | $0.02 | USDT ERC20 |
| 2/4/2022 5:00 | Reward | LTC | 0.009615437 | $1.05 | LTC |
| 2/4/2022 5:00 | Reward | USDC | 0.002609841 | $0.00 | USDC |
| 2/4/2022 5:00 | Reward | MATIC | 0.126535201 | $0.20 | MATIC |
| 2/4/2022 5:00 | Reward | USDT ERC20 | 0.015956984 | $0.02 | USDT ERC20 |
| 2/4/2022 5:00 | Reward | BTC | 0.003478334 | $130.09 | BTC |
| 2/4/2022 5:00 | Reward | ETH | 0.002045712 | $5.50 | ETH |
| 1/28/2022 5:00 | Reward | ETH | 0.002043664 | $4.98 | ETH |
| 1/28/2022 5:00 | Reward | LTC | 0.009609524 | $1.03 | LTC |
| 1/28/2022 5:00 | Reward | MATIC | 0.126323367 | $0.21 | MATIC |
| 1/28/2022 5:00 | Reward | USDT ERC20 | 0.015931983 | $0.02 | USDT ERC20 |
| 1/28/2022 5:00 | Reward | BTC | 0.003476322 | $129.30 | BTC |
| 1/28/2022 5:00 | Reward | USDC | 0.002605752 | $0.00 | USDC |
| 1/21/2022 5:00 | Reward | ETH | 0.002041619 | $5.87 | ETH |
| 1/21/2022 5:00 | Reward | MATIC | 0.126111887 | $0.24 | MATIC |
| 1/21/2022 5:00 | Reward | USDT ERC20 | 0.015907022 | $0.02 | USDT ERC20 |
| 1/21/2022 5:00 | Reward | USDC | 0.002601669 | $0.00 | USDC |
| 1/21/2022 5:00 | Reward | LTC | 0.009603614 | $1.20 | LTC |
| 1/21/2022 5:00 | Reward | BTC | 0.003474311 | $135.40 | BTC |
| 1/14/2022 5:00 | Reward | USDT ERC20 | 0.015882099 | $0.02 | USDT ERC20 |
| 1/14/2022 5:00 | Reward | MATIC | 0.125900761 | $0.29 | MATIC |
| 1/14/2022 5:00 | Reward | BTC | 0.003472301 | $148.44 | BTC |
| 1/14/2022 5:00 | Reward | ETH | 0.002039575 | $6.68 | ETH |
| 1/14/2022 5:00 | Reward | LTC | 0.009597708 | $1.33 | LTC |
| 1/14/2022 5:00 | Reward | USDC | 0.002597593 | $0.00 | USDC |
| 1/7/2022 5:00 | Reward | LTC | 0.009591805 | $1.24 | LTC |
| 1/7/2022 5:00 | Reward | MATIC | 0.08241357 | $0.18 | MATIC |
| 1/7/2022 5:00 | Reward | USDT ERC20 | 0.015857215 | $0.02 | USDT ERC20 |
| 1/7/2022 5:00 | Reward | USDC | 0.002593523 | $0.00 | USDC |
| 1/7/2022 5:00 | Reward | BTC | 0.003470292 | $144.21 | BTC |
| 1/7/2022 5:00 | Reward | ETH | 0.002037534 | $6.52 | ETH |
| 1/2/2022 14:54 | Transfer | MATIC | 74.99602224 | $189.74 | |
| 12/31/2021 5:00 | Reward | ETH | 0.002035494 | $7.65 | ETH |
| 12/31/2021 5:00 | Reward | BTC | 0.003468285 | $164.48 | BTC |
| 12/31/2021 5:00 | Reward | LTC | 0.009585906 | $1.43 | LTC |
| 12/31/2021 5:00 | Reward | USDC | 0.00258946 | $0.00 | USDC |
| 12/31/2021 5:00 | Reward | USDT ERC20 | 0.015832371 | $0.02 | USDT ERC20 |
| 12/24/2021 5:00 | Reward | USDT ERC20 | 0.015807565 | $0.02 | USDT ERC20 |
| 12/24/2021 5:00 | Reward | BTC | 0.003466278 | $177.46 | BTC |

| Date | Type | Asset | Amount | Value | Asset |
|---|---|---|---|---|---|
| 12/24/2021 5:00 | Reward | ETH | 0.002033457 | $8.35 | ETH |
| 12/24/2021 5:00 | Reward | USDC | 0.002585403 | $0.00 | USDC |
| 12/24/2021 5:00 | Reward | LTC | 0.009580011 | $1.58 | LTC |
| 12/17/2021 5:00 | Reward | USDC | 0.003023418 | $0.00 | USDC |
| 12/17/2021 5:00 | Reward | LTC | 0.009574119 | $1.44 | LTC |
| 12/17/2021 5:00 | Reward | BTC | 0.003464273 | $166.17 | BTC |
| 12/17/2021 5:00 | Reward | ETH | 0.001935086 | $7.71 | ETH |
| 12/17/2021 5:00 | Reward | USDT ERC20 | 0.018485662 | $0.02 | USDT ERC20 |
| 12/16/2021 1:31 | Transfer | ETH | 0.115070964 | $465.08 | |
| 12/10/2021 5:00 | Reward | USDT ERC20 | 0.018451739 | $0.02 | USDT ERC20 |
| 12/10/2021 5:00 | Reward | BTC | 0.003462269 | $167.33 | BTC |
| 12/10/2021 5:00 | Reward | ETH | 0.001914308 | $7.93 | ETH |
| 12/10/2021 5:00 | Reward | LTC | 0.009568231 | $1.47 | LTC |
| 12/10/2021 5:00 | Reward | USDC | 0.00301787 | $0.00 | USDC |
| 12/3/2021 5:00 | Reward | USDC | 0.003012332 | $0.00 | USDC |
| 12/3/2021 5:00 | Reward | LTC | 0.009562346 | $1.93 | LTC |
| 12/3/2021 5:00 | Reward | ETH | 0.001912392 | $8.68 | ETH |
| 12/3/2021 5:00 | Reward | USDT ERC20 | 0.018417879 | $0.02 | USDT ERC20 |
| 12/3/2021 5:00 | Reward | BTC | 0.003460266 | $195.89 | BTC |
| 11/26/2021 5:00 | Reward | USDC | 0.003006804 | $0.00 | USDC |
| 11/26/2021 5:00 | Reward | USDT ERC20 | 0.01838408 | $0.02 | USDT ERC20 |
| 11/26/2021 5:00 | Reward | LTC | 0.009556465 | $2.07 | LTC |
| 11/26/2021 5:00 | Reward | ETH | 0.001910478 | $8.44 | ETH |
| 11/26/2021 5:00 | Reward | BTC | 0.003021675 | $175.09 | BTC |
| 11/25/2021 12:48 | Transfer | BTC | 0.50871934 | $29,791.81 | |
| 11/22/2021 19:43 | Transfer | BTC | 0.57142625 | $32,062.16 | |
| 11/19/2021 5:00 | Reward | BTC | 0.003243769 | $182.55 | BTC |
| 11/19/2021 5:00 | Reward | ETH | 0.001908566 | $7.75 | ETH |
| 11/19/2021 5:00 | Reward | USDT ERC20 | 0.018350344 | $0.02 | USDT ERC20 |
| 11/19/2021 5:00 | Reward | LTC | 0.009550588 | $1.98 | LTC |
| 11/19/2021 5:00 | Reward | USDC | 0.003001286 | $0.00 | USDC |
| 11/18/2021 12:17 | Transfer | BTC | 0.55213932 | $32,816.40 | |
| 11/12/2021 5:00 | Reward | USDC | 0.002667282 | $0.00 | USDC |
| 11/12/2021 5:00 | Reward | LTC | 0.009544714 | $2.63 | LTC |
| 11/12/2021 5:00 | Reward | USDT ERC20 | 0.016308188 | $0.02 | USDT ERC20 |
| 11/12/2021 5:00 | Reward | BTC | 0.003201172 | $208.47 | BTC |
| 11/12/2021 5:00 | Reward | ETH | 0.001906655 | $9.12 | ETH |
| 11/11/2021 0:02 | Transfer | BTC | 0.00735738 | $478.85 | |
| 11/5/2021 5:00 | Reward | USDT ERC20 | 0.016281543 | $0.02 | USDT ERC20 |
| 11/5/2021 5:00 | Reward | ETH | 0.001904747 | $8.65 | ETH |
| 11/5/2021 5:00 | Reward | BTC | 0.003198209 | $199.00 | BTC |
| 11/5/2021 5:00 | Reward | LTC | 0.009538844 | $1.91 | LTC |
| 11/5/2021 5:00 | Reward | USDC | 0.002662924 | $0.00 | USDC |
| 10/29/2021 5:00 | Reward | ETH | 0.00190284 | $8.31 | ETH |
| 10/29/2021 5:00 | Reward | USDT ERC20 | 0.016254941 | $0.02 | USDT ERC20 |
| 10/29/2021 5:00 | Reward | BTC | 0.003196088 | $197.08 | BTC |
| 10/29/2021 5:00 | Reward | LTC | 0.01191439 | $2.30 | LTC |

| Date | Type | Asset | Amount | Value | Asset |
|---|---|---|---|---|---|
| 10/29/2021 5:00 | Reward | USDC | 0.002658573 | $0.00 | USDC |
| 10/22/2021 5:00 | Reward | USDT ERC20 | 0.016228383 | $0.02 | USDT ERC20 |
| 10/22/2021 5:00 | Reward | ETH | 0.001900936 | $7.92 | ETH |
| 10/22/2021 5:00 | Reward | BTC | 0.003193969 | $202.09 | BTC |
| 10/22/2021 5:00 | Reward | LTC | 0.011905232 | $2.38 | LTC |
| 10/22/2021 5:00 | Reward | USDC | 0.002654229 | $0.00 | USDC |
| 10/15/2021 5:00 | Reward | USDT ERC20 | 0.01620186 | $0.02 | USDT ERC20 |
| 10/15/2021 5:00 | Reward | USDC | 0.002649884 | $0.00 | USDC |
| 10/15/2021 5:00 | Reward | ETH | 0.001899033 | $7.26 | ETH |
| 10/15/2021 5:00 | Reward | BTC | 0.00318129 | $189.95 | BTC |
| 10/15/2021 5:00 | Reward | LTC | 0.011896082 | $2.20 | LTC |
| 10/13/2021 18:52 | Transfer | BTC | 0.01998954 | $1,141.97 | |
| 10/8/2021 5:00 | Reward | USDT ERC20 | 1.46107171 | $1.46 | USDT ERC20 |
| 10/8/2021 5:00 | Reward | ETH | 0.001897132 | $6.79 | ETH |
| 10/8/2021 5:00 | Reward | BTC | 0.002931056 | $158.16 | BTC |
| 10/8/2021 5:00 | Reward | LTC | 0.011886938 | $2.11 | LTC |
| 10/8/2021 5:00 | Reward | USDC | 1.619205384 | $1.62 | USDC |
| 10/7/2021 20:54 | Collateral | BTC | 0.388896706 | $21,097.63 | |
| 10/7/2021 20:54 | Loan Principal Payment | USDT ERC20 | -5000 | ($5,000.00) | |
| 10/7/2021 20:50 | Transfer | USDT ERC20 | 99.95502 | $99.96 | |
| 10/7/2021 20:37 | Withdrawal | USDC | -1041.296172 | ($1,041.30) | |
| 10/6/2021 17:42 | Transfer | USDT ERC20 | 938.981727 | $938.98 | |
| 10/6/2021 13:36 | Transfer | USDT ERC20 | 3275.565994 | $3,275.57 | |
| 10/6/2021 13:25 | Transfer | USDT ERC20 | 693.936271 | $693.94 | |
| 10/1/2021 5:00 | Reward | BTC | 0.002916698 | $127.29 | BTC |
| 10/1/2021 5:00 | Reward | LTC | 0.011877801 | $1.83 | LTC |
| 10/1/2021 5:00 | Reward | ETH | 0.001895233 | $5.69 | ETH |
| 10/1/2021 5:00 | Reward | USDC | 1.701336924 | $1.70 | USDC |
| 9/24/2021 5:00 | Reward | LTC | 0.011868671 | $1.92 | LTC |
| 9/24/2021 5:00 | Reward | USDC | 1.698557169 | $1.70 | USDC |
| 9/24/2021 5:00 | Reward | BTC | 0.002914765 | $129.22 | BTC |
| 9/24/2021 5:00 | Reward | ETH | 0.001893336 | $5.85 | ETH |
| 9/17/2021 5:00 | Reward | USDC | 1.695781957 | $1.70 | USDC |
| 9/17/2021 5:00 | Reward | LTC | 0.011859549 | $2.21 | LTC |
| 9/17/2021 5:00 | Reward | BTC | 0.002912832 | $140.00 | BTC |
| 9/17/2021 5:00 | Reward | ETH | 0.001891441 | $6.77 | ETH |
| 9/10/2021 5:00 | Reward | USDC | 1.693011279 | $1.69 | USDC |
| 9/10/2021 5:00 | Reward | LTC | 0.011850433 | $2.18 | LTC |
| 9/10/2021 5:00 | Reward | ETH | 0.001889548 | $6.55 | ETH |
| 9/10/2021 5:00 | Reward | BTC | 0.002910901 | $136.09 | BTC |
| 9/3/2021 5:00 | Reward | BTC | 0.002908971 | $144.58 | BTC |
| 9/3/2021 5:00 | Reward | USDC | 1.690245128 | $1.69 | USDC |
| 9/3/2021 5:00 | Reward | LTC | 0.011841324 | $2.22 | LTC |
| 9/3/2021 5:00 | Reward | ETH | 0.001887657 | $7.19 | ETH |
| 8/27/2021 5:00 | Reward | USDC | 1.687483496 | $1.69 | USDC |
| 8/27/2021 5:00 | Reward | BTC | 0.002907042 | $136.33 | BTC |
| 8/27/2021 5:00 | Reward | LTC | 0.011832222 | $1.97 | LTC |

| Date | Type | Asset | Amount | USD Value | |
|---|---|---|---|---|---|
| 8/27/2021 5:00 | Reward | ETH | 0.001885767 | $5.85 | ETH |
| 8/20/2021 5:00 | Reward | USDC | 1.684726377 | $1.68 | USDC |
| 8/20/2021 5:00 | Reward | BTC | 0.002905115 | $136.97 | BTC |
| 8/20/2021 5:00 | Reward | LTC | 0.011823128 | $2.08 | LTC |
| 8/20/2021 5:00 | Reward | ETH | 0.00188388 | $6.07 | ETH |
| 8/13/2021 5:00 | Reward | ETH | 0.001881994 | $5.87 | ETH |
| 8/13/2021 5:00 | Reward | LTC | 0.01181404 | $2.00 | LTC |
| 8/13/2021 5:00 | Reward | BTC | 0.002903189 | $131.21 | BTC |
| 8/13/2021 5:00 | Reward | USDC | 1.681973762 | $1.68 | USDC |
| 8/6/2021 5:00 | Reward | USDC | 1.679225645 | $1.68 | USDC |
| 8/6/2021 5:00 | Reward | BTC | 0.002901264 | $116.44 | BTC |
| 8/6/2021 5:00 | Reward | LTC | 0.011804959 | $1.72 | LTC |
| 8/6/2021 5:00 | Reward | ETH | 0.001880111 | $5.21 | ETH |
| 7/30/2021 5:00 | Reward | ETH | 0.001878229 | $4.53 | ETH |
| 7/30/2021 5:00 | Reward | USDC | 1.676482017 | $1.68 | USDC |
| 7/30/2021 5:00 | Reward | BTC | 0.00289934 | $115.23 | BTC |
| 7/30/2021 5:00 | Reward | LTC | 0.011795885 | $1.68 | LTC |
| 7/23/2021 5:00 | Reward | USDC | 1.673742873 | $1.67 | USDC |
| 7/23/2021 5:00 | Reward | ETH | 0.001876349 | $3.90 | ETH |
| 7/23/2021 5:00 | Reward | LTC | 0.011786819 | $1.43 | LTC |
| 7/23/2021 5:00 | Reward | BTC | 0.002897418 | $94.74 | BTC |
| 7/16/2021 5:00 | Reward | USDC | 1.671008204 | $1.67 | USDC |
| 7/16/2021 5:00 | Reward | LTC | 0.011777759 | $1.50 | LTC |
| 7/16/2021 5:00 | Reward | BTC | 0.002890143 | $92.39 | BTC |
| 7/16/2021 5:00 | Reward | ETH | 0.001874471 | $3.65 | ETH |
| 7/15/2021 11:28 | Transfer | BTC | 0.00901379 | $288.10 | |
| 7/9/2021 5:00 | Reward | USDC | 1.668278003 | $1.67 | USDC |
| 7/9/2021 5:00 | Reward | LTC | 0.011768706 | $1.55 | LTC |
| 7/9/2021 5:00 | Reward | BTC | 0.002887604 | $95.39 | BTC |
| 7/9/2021 5:00 | Reward | ETH | 0.001872595 | $4.02 | ETH |
| 7/2/2021 5:00 | Reward | USDC | 1.665552262 | $1.67 | USDC |
| 7/2/2021 5:00 | Reward | LTC | 0.01175966 | $1.56 | LTC |
| 7/2/2021 5:00 | Reward | ETH | 0.001770278 | $3.63 | ETH |
| 7/2/2021 5:00 | Reward | BTC | 0.003379593 | $112.08 | BTC |
| 6/25/2021 5:00 | Reward | LTC | 0.011750621 | $1.58 | LTC |
| 6/25/2021 5:00 | Reward | USDC | 1.662830975 | $1.66 | USDC |
| 6/25/2021 5:00 | Reward | ETH | 0.001768601 | $3.51 | ETH |
| 6/25/2021 5:00 | Reward | BTC | 0.003371451 | $117.23 | BTC |
| 6/22/2021 13:59 | Transfer | BTC | 0.00967013 | $282.44 | |
| 6/20/2021 13:24 | Transfer | BTC | 0.00850803 | $290.17 | |
| 6/18/2021 5:00 | Reward | ETH | 0.001766926 | $4.14 | ETH |
| 6/18/2021 5:00 | Reward | USDC | 1.660114135 | $1.66 | USDC |
| 6/18/2021 5:00 | Reward | LTC | 0.011741589 | $1.94 | LTC |
| 6/18/2021 5:00 | Reward | BTC | 0.003363064 | $127.44 | BTC |
| 6/11/2021 5:00 | Reward | BTC | 0.003357048 | $123.50 | BTC |
| 6/11/2021 5:00 | Reward | USDC | 1.657401733 | $1.66 | USDC |
| 6/11/2021 5:00 | Reward | ETH | 0.001765252 | $4.36 | ETH |

| Date/Time | Type | Asset | Amount | Value | Unit |
|---|---|---|---|---|---|
| 6/11/2021 5:00 | Reward | LTC | 0.011732564 | $2.01 | LTC |
| 6/8/2021 16:18 | Transfer | BTC | 0.00894121 | $288.54 | |
| 6/4/2021 5:00 | Reward | ETH | 0.00176358 | $4.86 | ETH |
| 6/4/2021 5:00 | Reward | USDC | 1.654693762 | $1.65 | USDC |
| 6/4/2021 5:00 | Reward | BTC | 0.003351641 | $127.60 | BTC |
| 6/4/2021 5:00 | Reward | LTC | 0.011723546 | $2.16 | LTC |
| 5/29/2021 13:11 | Transfer | BTC | 0.00817814 | $285.69 | |
| 5/28/2021 5:00 | Reward | BTC | 0.003345036 | $126.37 | BTC |
| 5/28/2021 5:00 | Reward | USDC | 1.851571174 | $1.85 | USDC |
| 5/28/2021 5:00 | Reward | LTC | 0.011714535 | $2.24 | LTC |
| 5/28/2021 5:00 | Reward | ETH | 0.00176191 | $4.73 | ETH |
| 5/21/2021 5:00 | Reward | ETH | 0.001760241 | $4.87 | ETH |
| 5/21/2021 5:00 | Reward | LTC | 0.011705531 | $2.45 | LTC |
| 5/21/2021 5:00 | Reward | USDC | 1.848180474 | $1.85 | USDC |
| 5/21/2021 5:00 | Reward | BTC | 0.00333675 | $136.50 | BTC |
| 5/19/2021 14:25 | Transfer | BTC | 0.00805478 | $285.98 | |
| 5/17/2021 11:58 | Transfer | BTC | 0.00626865 | $286.83 | |
| 5/14/2021 5:00 | Reward | BTC | 0.00331866 | $164.05 | BTC |
| 5/14/2021 5:00 | Reward | ETH | 0.001758574 | $6.70 | ETH |
| 5/14/2021 5:00 | Reward | USDC | 1.861821679 | $1.86 | USDC |
| 5/14/2021 5:00 | Reward | LTC | 0.011696533 | $3.66 | LTC |
| 5/13/2021 20:01 | Transfer | BTC | 0.00583914 | $286.07 | |
| 5/13/2021 12:08 | Transfer | BTC | 0.00576292 | $287.23 | |
| 5/13/2021 0:43 | Transfer | BTC | 0.00574253 | $288.71 | |
| 5/10/2021 21:32 | Transfer | BTC | 0.0051333 | $285.51 | |
| 5/9/2021 19:25 | Loan Interest Payment | USDC | -25.02 | ($25.02) | |
| 5/8/2021 0:35 | Transfer | BTC | 0.00499456 | $290.73 | |
| 5/7/2021 5:00 | Reward | LTC | 0.011687543 | $4.17 | LTC |
| 5/7/2021 5:00 | Reward | ETH | 0.001756908 | $6.07 | ETH |
| 5/7/2021 5:00 | Reward | BTC | 0.003310694 | $187.32 | BTC |
| 5/7/2021 5:00 | Reward | USDC | 1.887204529 | $1.89 | USDC |
| 4/30/2021 5:00 | Reward | USDC | 1.883748575 | $1.88 | USDC |
| 4/30/2021 5:00 | Reward | ETH | 0.001755244 | $4.86 | ETH |
| 4/30/2021 5:00 | Reward | BTC | 0.003308354 | $179.25 | BTC |
| 4/30/2021 5:00 | Reward | LTC | 0.011678559 | $3.05 | LTC |
| 4/23/2021 11:20 | Transfer | BTC | 0.00575964 | $286.77 | |
| 4/23/2021 5:00 | Reward | USDC | 1.97078924 | $1.97 | USDC |
| 4/23/2021 5:00 | Reward | BTC | 0.003294891 | $165.39 | BTC |
| 4/23/2021 5:00 | Reward | LTC | 0.011669583 | $2.72 | LTC |
| 4/23/2021 5:00 | Reward | ETH | 0.001754108 | $3.99 | ETH |
| 4/22/2021 22:31 | Transfer | BTC | 0.00545181 | $282.69 | |
| 4/21/2021 23:35 | Transfer | BTC | 0.00526445 | $285.33 | |
| 4/18/2021 7:00 | Loan Interest Payment | ETH | -0.00186699 | ($4.17) | |
| 4/18/2021 3:30 | Transfer | BTC | 0.00558449 | $319.93 | |
| 4/16/2021 15:12 | Transfer | BTC | 0.00534476 | $328.50 | |
| 4/16/2021 5:00 | Reward | BTC | 0.00328595 | $207.40 | BTC |
| 4/16/2021 5:00 | Reward | LTC | 0.011660613 | $3.46 | LTC |

| Date | Type | Asset | Amount | Value | |
|---|---|---|---|---|---|
| 4/16/2021 5:00 | Reward | USDC | 1.967006535 | $1.97 | USDC |
| 4/16/2021 5:00 | Reward | ETH | 0.001753688 | $4.40 | ETH |
| 4/9/2021 5:00 | Reward | ETH | 0.001752027 | $3.67 | ETH |
| 4/9/2021 5:00 | Reward | USDC | 1.96323109 | $1.96 | USDC |
| 4/9/2021 5:00 | Reward | BTC | 0.003432425 | $200.08 | BTC |
| 4/9/2021 5:00 | Reward | LTC | 0.01165165 | $2.66 | LTC |
| 4/2/2021 5:00 | Reward | LTC | 0.011642694 | $2.40 | LTC |
| 4/2/2021 5:00 | Reward | ETH | 0.001750368 | $3.49 | ETH |
| 4/2/2021 5:00 | Reward | USDC | 1.959462892 | $1.96 | USDC |
| 4/2/2021 5:00 | Reward | BTC | 0.003429799 | $204.59 | BTC |
| 3/26/2021 5:00 | Reward | USDC | 1.955701927 | $1.96 | USDC |
| 3/26/2021 5:00 | Reward | LTC | 0.011633745 | $2.03 | LTC |
| 3/26/2021 5:00 | Reward | BTC | 0.003419779 | $179.31 | BTC |
| 3/26/2021 5:00 | Reward | ETH | 0.00174871 | $2.83 | ETH |
| 3/25/2021 15:05 | Transfer | BTC | 0.00553292 | $284.12 | |
| 3/25/2021 2:53 | Transfer | BTC | 0.00544297 | $285.85 | |
| 3/19/2021 5:00 | Reward | BTC | 0.003413639 | $197.37 | BTC |
| 3/19/2021 5:00 | Reward | LTC | 0.011624803 | $2.34 | LTC |
| 3/19/2021 5:00 | Reward | USDC | 1.951948181 | $1.95 | USDC |
| 3/19/2021 5:00 | Reward | ETH | 0.001748931 | $3.11 | ETH |
| 3/18/2021 7:01 | Loan Interest Payment | ETH | -0.0022806 | ($4.17) | |
| 3/16/2021 17:29 | Transfer | BTC | 0.00511793 | $285.48 | |
| 3/12/2021 5:00 | Reward | ETH | 0.001747557 | $3.17 | ETH |
| 3/12/2021 5:00 | Reward | USDC | 1.948201639 | $1.95 | USDC |
| 3/12/2021 5:00 | Reward | BTC | 0.003409642 | $194.86 | BTC |
| 3/12/2021 5:00 | Reward | LTC | 0.011615868 | $2.42 | LTC |
| 3/5/2021 5:00 | Reward | BTC | 0.00358516 | $169.41 | BTC |
| 3/5/2021 5:00 | Reward | ETH | 0.001745902 | $2.59 | ETH |
| 3/5/2021 5:00 | Reward | USDC | 1.944462286 | $1.94 | USDC |
| 3/5/2021 5:00 | Reward | LTC | 0.011606939 | $2.00 | LTC |
| 2/26/2021 5:00 | Reward | ETH | 0.001744248 | $2.60 | ETH |
| 2/26/2021 5:00 | Reward | BTC | 0.00358197 | $169.90 | BTC |
| 2/26/2021 5:00 | Reward | LTC | 0.011598018 | $2.05 | LTC |
| 2/26/2021 5:00 | Reward | USDC | 2.287334944 | $2.29 | USDC |
| 2/19/2021 5:00 | Reward | ETH | 0.001742596 | $3.33 | ETH |
| 2/19/2021 5:00 | Reward | BTC | 0.003411017 | $174.86 | BTC |
| 2/19/2021 5:00 | Reward | USDC | 2.282160583 | $2.28 | USDC |
| 2/19/2021 5:00 | Reward | LTC | 0.011589103 | $2.61 | LTC |
| 2/18/2021 17:34 | Transfer | BTC | 0.51967018 | $26,977.10 | |
| 2/17/2021 12:45 | Collateral | BTC | -0.388896706 | ($20,000.00) | |
| 2/12/2021 5:00 | Reward | LTC | 0.011580195 | $2.12 | LTC |
| 2/12/2021 5:00 | Reward | USDC | 2.276997931 | $2.28 | USDC |
| 2/12/2021 5:00 | Reward | BTC | 0.003459414 | $164.19 | BTC |
| 2/12/2021 5:00 | Reward | ETH | 0.001441487 | $2.54 | ETH |
| 2/9/2021 12:05 | Transfer | ETH | 0.51517576 | $901.87 | |
| 2/5/2021 5:00 | Reward | BTC | 0.003433959 | $127.56 | BTC |
| 2/5/2021 5:00 | Reward | LTC | 0.014259072 | $2.10 | LTC |

| Date | Type | Asset | Amount | Value | Asset |
|---|---|---|---|---|---|
| 2/5/2021 5:00 | Reward | ETH | 0.001251616 | $2.04 | ETH |
| 2/5/2021 5:00 | Reward | USDC | 1.927589053 | $1.93 | USDC |
| 2/4/2021 14:41 | Transfer | BTC | 0.02529757 | $938.77 | |
| 1/31/2021 16:09 | Transfer | BTC | 0.00571562 | $187.49 | |
| 1/29/2021 5:00 | Reward | BTC | 0.003421416 | $112.65 | BTC |
| 1/29/2021 5:00 | Reward | USDC | 1.923889276 | $1.92 | USDC |
| 1/29/2021 5:00 | Reward | ETH | 0.001250431 | $1.62 | ETH |
| 1/29/2021 5:00 | Reward | LTC | 0.014245566 | $1.91 | LTC |
| 1/27/2021 16:33 | Transfer | BTC | 0.00613911 | $188.62 | |
| 1/22/2021 5:00 | Reward | BTC | 0.003407017 | $106.39 | BTC |
| 1/22/2021 5:00 | Reward | LTC | 0.014232073 | $1.93 | LTC |
| 1/22/2021 5:00 | Reward | USDC | 0.419157734 | $0.42 | USDC |
| 1/22/2021 5:00 | Reward | ETH | 0.001249247 | $1.47 | ETH |
| 1/22/2021 1:18 | Transfer | BTC | 0.00637464 | $186.80 | |
| 1/21/2021 12:03 | Transfer | BTC | 0.00578188 | $187.26 | |
| 1/20/2021 16:22 | Transfer | USDC | 1000.003267 | $1,000.00 | |
| 1/15/2021 5:00 | Reward | ETH | 0.001356809 | $1.65 | ETH |
| 1/15/2021 5:00 | Reward | BTC | 0.002447658 | $94.09 | BTC |
| 1/15/2021 5:00 | Reward | LTC | 0.011517277 | $1.72 | LTC |
| 1/13/2021 1:14 | Transfer | BTC | 0.00573998 | $188.79 | |
| 1/10/2021 19:05 | Transfer | BTC | 2.5 | $95,004.22 | |
| 1/9/2021 12:56 | Transfer | LTC | 15 | $2,551.65 | |
| 1/9/2021 12:26 | Transfer | BTC | 0.01165041 | $475.25 | |
| 1/8/2021 5:00 | Reward | BTC | 0.000805673 | $30.88 | BTC |
| 1/8/2021 5:00 | Reward | ETH | 0.001355412 | $1.57 | ETH |
| 1/4/2021 21:03 | Transfer | BTC | 0.01664854 | $524.73 | |
| 1/1/2021 5:00 | Reward | ETH | 0.001354016 | $1.01 | ETH |
| 1/1/2021 5:00 | Reward | BTC | 0.000265446 | $7.79 | BTC |
| 12/30/2020 2:45 | Transfer | BTC | 0.65409186 | $18,161.14 | |
| 12/25/2020 5:00 | Reward | ETH | 0.001352622 | $0.82 | ETH |
| 12/25/2020 5:00 | Reward | BTC | 3.81E-05 | $0.90 | BTC |
| 12/23/2020 23:44 | Referred Award | BTC | 0.000856223 | $20.00 | |
| 12/18/2020 5:00 | Reward | BTC | 3.79E-05 | $0.86 | BTC |
| 12/18/2020 5:00 | Reward | ETH | 0.001351229 | $0.87 | ETH |
| 12/11/2020 5:00 | Reward | BTC | 3.78E-05 | $0.68 | BTC |
| 12/11/2020 5:00 | Reward | ETH | 0.001349837 | $0.74 | ETH |
| 12/4/2020 5:00 | Reward | BTC | 3.78E-05 | $0.73 | BTC |
| 12/4/2020 5:00 | Reward | ETH | 0.001348448 | $0.82 | ETH |
| 11/27/2020 5:00 | Reward | ETH | 0.000611339 | $0.32 | ETH |
| 11/27/2020 5:00 | Reward | BTC | 9.40E-06 | $0.16 | BTC |
| 11/25/2020 21:27 | Transfer | BTC | 0.00000547 | $0.10 | |
| 11/25/2020 12:25 | Transfer | BTC | 0.03262801 | $627.53 | |
| 11/24/2020 2:41 | Transfer | ETH | 0.51692884 | $318.97 | |
| 11/23/2020 23:33 | Transfer | ETH | 0.79065517 | $479.75 | |