**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) Case No. 22-10964 (MG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| FRED M SHANKS, | ) |
| | ) |
| Plaintiff, | ) Adversary Proceeding No. 22-01190 (MG) |
| v. | ) |
| | ) |
| CELSIUS NETWORK LLC; | ) |
| CELSIUS KEYFI LLC; | ) |
| CELSIUS LENDING LLC; | ) |
| CELSIUS MINING LLC; | ) |
| CELSIUS NETWORK INC.; | ) |
| CELSIUS NETWORK LIMITED; | ) |
| CELSIUS NETWORKS LENDING LLC; | ) |
| and CELSIUS US HOLDING LLC, | ) |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION AND AGREED ORDER BY AND AMONG THE
DEBTORS AND FRED M. SHANKS STAYING DISCOVERY**

This Joint Stipulation and Agreed Order (this "Stipulation") is made and entered into by and among: (a) Celsius Network LLC, and certain of its subsidiaries and affiliates, as debtors in possession in the above-captioned chapter 11 cases (the "Debtors"); and (b) Fred M. Shanks (together with the Debtors, the "Parties"). The Parties hereby stipulate and agree as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

## RECITALS

**WHEREAS**, on December 20, 2022, Mr. Shanks filed his *Complaint against Celsius Network LLC, ET AL, Celsius Network LLC, Celsius Keyfi LLC, Celsius Lending LLC, Celsius Mining LLC, Celsius Network Inc., Celsius Network Limited, Celsius Networks Lending LLC, Celsius US Holding LLC* [Case No. 22-10964, Docket No. 1765] (the "Adversary Complaint");

**WHEREAS**, on January 7, 2023, Mr. Shanks filed his *Amended Complaint Against All Defendants* [Adv. Pro. No. 22-01190, Docket No. 8] (the "Amended Adversary Complaint");

**WHEREAS**, on January 13, 2023, the Parties filed a *Joint Stipulation and Agreed Oder By and Among the Debtors and Fred M. Shanks Regarding Debtors' Time to Respond to Mr. Shanks' Complaint* [Adv. Pro. No. 22-01190, Docket No. 9] (the "Joint Stipulation"). On January 23, 2023, the Court signed the Joint Stipulation. *See* Adv. Pro. No. 22-01190, Docket No. 10. Pursuant to the Joint Stipulation, the Debtors' deadline to file a responsive pleading to the Amended Adversary Complaint is February 22, 2023.

**WHEREAS**, pursuant to this Court's request, the Parties met and conferred regarding a discovery plan and have agreed to stipulate to stay any discovery in connection with the Amended Adversary Complaint pending this Court's resolution of any responsive pleading filed by the Debtors in response to the Amended Adversary Complaint.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED AND, UPON APPROVAL BY THE BANKRUPTCY COURT OF THIS STIPULATION, IT IS SO ORDERED AS FOLLOWS:**

1. The foregoing recitals are incorporated herein by reference.

2. The Parties agree that all discovery related to the Amended Adversary Complaint is stayed pending this Court's resolution of any responsive pleading filed by the Debtors in

response to the Amended Adversary Complaint. Neither Party shall be permitted to seek or serve any discovery in connection with the Amended Adversary Complaint until this Court has ruled on any such responsive pleading, as necessary.

**IT IS SO ORDERED.**

New York, New York
Dated: _____, 2023

                                      THE HONORABLE MARTIN GLENN
                                      CHIEF UNITED STATES BANKRUPTCY JUDGE

STIPULATED AND AGREED TO THIS 3rd DAY OF FEBRUARY, 2023:

| | |
|---|---|
| Washington, D.C.<br>Dated: February 3, 2023 | */s/ T.J. McCarrick*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Judson Brown, P.C. (admitted *pro hac vice*)<br>T.J. McCarrick (admitted *pro hac vice*)<br>Leah Hamlin (admitted *pro hac vice*)<br>1301 Pennsylvania Avenue NW<br>Washington, D.C. 20004<br>Telephone:     (202) 389-5000<br>Facsimile:      (202) 389-5200<br>Email:            judson.brown@kirkland.com<br>                      tj.mccarrick@kirkland.com<br>                      leah.hamlin@kirkland.com<br><br>- and -<br><br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:     (212) 446-4800<br>Facsimile:      (212) 446-4900<br>Email:            jsussberg@kirkland.com<br><br>- and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:     (312) 862-2000<br>Facsimile:      (312) 862-2200<br>Email:            patrick.nash@kirkland.com<br>                      ross.kwasteniet@kirkland.com<br><br>*Counsel to the Debtors and*<br>*Debtors in Possession*<br><br>*Proposed Counsel to the GK8 Debtors and*<br>*Debtors in Possession*<br><br><br>*/s/ Fred M. Shanks*<br>Fred M. Shanks<br><br>*Pro Se Creditor* |

4