Fred M. Shanks
389 Sedona Dr
Colorado Springs, CO 80921
Pro Se

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

FRED M SHANKS,

    Plaintiff,

vs.

CELSIUS NETWORK LLC, *ET AL.,1*

v.

CELSIUS NETWORK LLC;
CELSIUS KEYFI LLC;
CELSIUS LENDING LLC;
CELSIUS MINING LLC;
CELSIUS NETWORK INC.;)
CELSIUS NETWORK LIMITED;
CELSIUS NETWORKS LENDING LLC;
and CELSIUS US HOLDING LLC.

    Defendants

NOTICE OF VOLUNTARY Plaintiff(s)) DISMISSAL PURSUANT TO v.) F.R.C.P. 41(a)(1)(A)(i)(B)

Chapter 11

Case No.: 22-10964 (MG)
  (Jointly Administered.)

ADV. PRO. NO. 22-01190_ (MG)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)(B)**

THE DEBTORS IN THESE CHAPTER 11 CASES, ALONG WITH THE LAST FOUR DIGITS OF EACH DEBTORS' FEDERAL TAX IDENTIFICATION NUMBER, ARE: CELSIUS NETWORK LLC (2148); CELSIUS KEYFI LLC (4414); CELSIUS LENDING LLC (8417); CELSIUS MINING LLC (1387); CELSIUS NETWORK INC. (1219); CELSIUS NETWORK LIMITED (8554); CELSIUS NETWORKS LENDING LLC (3390); CELSIUS US HOLDING LLC (7956); GK8 LTD. (1209); GK8 UK LIMITED (0893); AND GK8 USA LLC (9450). THE LOCATION OF DEBTOR CELSIUS NETWORK LLCS' PRINCIPAL PLACE OF BUSINESS AND THE DEBTORS' SERVICE ADDRESS IN THESE CHAPTER 11 CASES IS 5THE 0 HARRISON STREET, SUITE 209F, HOBOKEN, NEW JERSEY 07030.

**Pursuant to F.R.C.P. 41(a)(1)(A)(i)(B) Federal Rules of Civil Procedure, the plaintiff(s) _Fred M. Shanks and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant(s).**

/s/ Fred M. Shanks
Date: 9/27/2023